UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00087(1)-CRW |
| | § | |
| (1) Bobbilee Jon Wilkin Jr. | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 18, 2026, wherein the defendant (1) Bobbilee Jon Wilkin Jr. waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Bobbilee Jon Wilkin Jr. to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Bobbilee Jon Wilkin Jr.'s plea of guilty to Counts Three (3) and Four (4) is accepted.

Signed this 1st day of September, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE